```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
 2  EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
 3  One Bush Street, 14th Floor
    San Francisco, California 94104
 4  Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
 5
 6  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORETIA HARRIS, | Case No. C 06 0904 SC |
| Plaintiff, | STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION |
| v. | |
| ELI LILLY AND COMPANY, | HON. SAMUEL CONTI |
| Defendants. | |

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the entire action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated: 8-10-06                                    Dated: _____

LEVIN SIMES KAISER & GORNICK LLP                  REED SMITH LLP

_____                         _____
Emily Charley                                     James M. Wood
Attorneys for Plaintiff                           Nadia M. Bishop
                                                  Dana Reedy
                                                  Attorneys for Defendants
                                                  ELI LILLY AND COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                            _____
                                                  The Honorable Samuel Conti
                                                  United States District Court Judge

1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   LEVIN SIMES KAISER & GORNICK LLP
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone    (415) 646-7160
   Facsimile    (415) 981-1270
5
6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9

10 FLORETIA HARRIS,                    Case No. C.06 0904 SC

11              Plaintiff,             STIPULATION AND REQUEST FOR
                                       VOLUNTARY DISMISSAL OF ENTIRE
12        v.                           ACTION

13 ELI LILLY AND COMPANY,
                                       HON. SAMUEL CONTI
14              Defendants.

15     Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the entire

16 action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to

17 that dismissal.

18 Dated: _____                         Dated: 8/7/06

19 LEVIN SIMES KAISER & GORNICK LLP              REED SMITH LLP

20

21 _____              _____
   Dennis J. Canty                               James M. Wood
22 Attorneys for Plaintiff                       Nadia M. Bishop
                                                 Dana Reedy
23                                               Attorneys for Defendants
                                                 ELI LILLY AND COMPANY
24

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated: 8/11/06

27                                              _____
                                                The Honorable Samuel Conti
28                                              United States District Judge

   *IT IS SO ORDERED* / Judge Samuel Conti